

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

On August 4, 2016, this court ordered appellants to request the reporter's record(s) and provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee. On August 15, 2016, appellants' attorney, Ms. Stella Grace Marks, filed copies of letters she sent to Mr. Richey Gentry and Ms. Leticia Escamilla, the two reporters responsible for preparing, certifying, and filing the reporter's records in this appeal.

On August 19, 2016, this court ordered Mr. Gentry to file his portion of the designated reporter's record in this appeal no later than September 16, 2016.

On August 19, 2016, Ms. Marks filed a copy of a second letter she sent to Ms. Escamilla stating the agreement to pay a deposit and then the balance owed once Ms. Escamilla determined her fee for preparing the record. Ms. Escamilla is hereby **ORDERED to file her portion of the designated reporter's record in this appeal no later than September 23, 2016**.

In her letter to Ms. Escamilla, Ms. Marks indicated additional reporter's records may be required from a Mr. Turner. **Ms. Marks is hereby ORDERED to provide a written update to this court no later than September 2, 2016 regarding (1) whether Mr. Turner did in fact prepare additional records in this case, and (2) what arrangements Ms. Marks has made to obtain and pay for those records.**

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.



Keith E. Hottle

Clerk of Court